AO 91 (Rev. 08/09) Criminal Complaint                                    AUSA Martinez

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Hector Alejandro Becerra-Hernandez<br>aka Ray Reyes Becerra, Alejandro Becerra-Hernandez, Alejandro Becerra, Hector Becerra, Alesandro Becerra, Becerra Alesandro, Alejandro Hernandez, Arturo Hernandez-Aluagler<br>*Defendant(s)* | Case No. 2:24-mj-539 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/24/2024__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of a Removed Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan C. Hawkins, Deportation Officer (ICE)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __November 12, 2024__

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: __Columbus, Ohio__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT OF: <br><br> Hector Alejandro Becerra-Hernandez <br> aka Ray Reyes Becerra <br> aka Alejandro Becerra-Hernandez <br> aka Alejandro Becerra <br> aka Hector Becerra <br> aka Alesandro Becerra <br> aka Becerra Alesandro <br> aka Alejandro Hernandez <br> aka Arturo Hernandez-Aluagler | Case No. 2:24-mj-539 |

## AFFIDAVIT OF BRYAN HAWKINS IN
## SUPPORT OF CRIMINAL COMPLAINT

I, United States Immigration and Customs Enforcement Deportation Officer Bryan Hawkins, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I am a Deportation Officer with more than 12 years of experience. I am assigned to the Columbus, OH Office of Enforcement and Removal Operations. I have investigated both criminal and administrative matters involving aliens in the United States. I have successfully completed the Basic Immigration Officer Course at the Federal Law Enforcement Training Center at Glynco, Georgia.

2. While investigating Hector Alejandro Becerra-Hernandez (Becerra-Hernandez), I have learned the following facts:

3. Hector Alejandro Becerra-Hernandez (A# 206 738 809) is a citizen of Mexico and not a citizen of the United States.

4. On or about April 9, 2014, Becerra-Hernandez was convicted of Operating a Vehicle while Impaired (M1) in Franklin County, Ohio (Franklin County Municipal Court, Case No. 2013 TR C 190136).

5. On or about January 29, 2015, Becerra-Hernandez was ordered removed by an immigration judge in Cleveland, Ohio, pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act. Becerra-Hernandez was physically removed from the United States on this order on or about February 3, 2015, via Laredo, TX. On that day, Becerra-Hernandez surrendered his fingerprint and photograph for Immigration Form I-205 (Warrant of Removal/Deportation) and signed the same form. Becerra-Hernandez's departure was

witnessed by an immigration officer who documented the departure by way of signature on Immigration Form I-205.

6. On or about April 3, 2023, Becerra-Hernandez was convicted of Operating a Vehicle while Impaired (M1) in Franklin County, Ohio (Franklin County Municipal Court, Case No. 2022 TR C 142350).

7. On or about April 29, 2024, Becerra-Hernandez was convicted of Operating a Vehicle while Impaired (M1) in Franklin County, Ohio (Franklin County Municipal Court, Case No. 2024 TR C 113455).

8. On or about June 20, 2024, Becerra-Hernandez was convicted of Attempted Possession of Cocaine (M1) in Franklin County, Ohio (Franklin County Court of Common Pleas, Case No. 23 CR 4223).

9. On or about October 24, 2024, the Whitehall Police Department arrested Becerra-Hernandez in Whitehall, Ohio, in the Southern District of Ohio, and charged him with Possession of Drugs – Cocaine (F2). On or about this same date, the Whitehall Police Department submitted Becerra-Hernandez's fingerprints to the ICE Law Enforcement Support Center in Williston, Vermont. The LESC queried Becerra-Hernandez's fingerprints in immigration databases and confirmed Becerra-Hernandez's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to the ICE Pacific Enforcement Response Center (PERC) notifying the PERC that Becerra-Hernandez is residing in the United States without lawful status and that Becerra-Hernandez has not been granted permission from the Attorney General of the United or the Secretary of the Department of Homeland Security to reenter the United States. The PERC lodged an Immigration Detainer on Hernandez-Becerra at the Franklin County Correction Center II in Columbus, Ohio, where Becerra-Hernandez was being detained.

10. On or about October 28, 2024, Becerra-Hernandez was arrested by ICE at the Franklin County Correction Center II in Columbus, Ohio and transported to the Columbus ICE office in Westerville, Ohio for processing. At the ICE office, Becerra-Hernandez's fingerprints were submitted to immigration databases. Immigration databases confirmed Becerra-Hernandez's identity as well as his inadmissibility to the United States. Becerra-Hernandez is residing in the United States without lawful status and has not been granted permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the U.S.

Your Affiant submits that the foregoing facts establish probable cause that Hector Alejandro Becerra-Hernandez has committed a violation of 18 U.S.C. § 1326(a), being an alien who: (1) has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation or removal is outstanding; (2) thereafter entered, attempted to enter, or at any time was found in the United States; and (3) did not have consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States prior to either his re-embarkation at a place outside the United States or his application for admission from a foreign contiguous territory.

Bryan Hawkins
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and subscribed in my presence on this 12th day of November, 2024.

Kimberly A. Jolson
United States Magistrate Judge